LARRY J. SILVERMAN
ATTORNEY AT LAW
950 THIRD AVENUE
32ND FLOOR
NEW YORK, N.Y. 10022

(212) 425-1616
FAX (212) 425-0221

DECEMBER 1, 2016

**By ECF and Email**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v Alex Conigliaro
    16 Cr. 522 RJS

Dear Judge Sullivan:

With the consent of Pretrial Services Officer Joseph H. Perry, I request that Your Honor modify and expand Mr. Conigliaro's curfew from 7:00 PM to 11:00 PM and that all other bail conditions remain the same. The government does not object to our application.

Respectfully yours,

s/ Larry J. Silverman
zorroesq@gmail.com
950 Third Avenue
New York, N.Y. 10022
(212) 425-1616

**By Email**
Amanda Kramer
Assistant U. S. Attorney
Amanda.kramer@usdoj.gov

Joseph H. Perry
U.S. Pretrial Services Officer
Joseph_Perry@nyspt.uscourts.gov