LARRY J. SILVERMAN
ATTORNEY AT LAW
950 THIRD AVENUE
32ND FLOOR
NEW YORK, N.Y. 10022

(212) 425-1616
FAX (212) 425-0221

FEBRUARY 27, 2019

**By ECF and Email**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v Alex Conigliaro
    16 Cr. 522 RJS

Dear Judge Sullivan:

On behalf of Alex Conigliaro, we are requesting permission for him to travel during the last part of August, 2019 with his wife, two daughters his two sons-in-laws and his four grandchildren ages 9, 6, 5 and 2 years old. The trip is planned for the Atlantis Resort in the Bahamas for a week duration. The exact dates and airplane flights will be fixed if the Court grants permission for Mr. Conigliaro to travel with his family outside of the Southern District of New York.
Mr. Conigliaro has completed his prison and home detention portions of his sentence and is currently on supervised release. Probation Officer Michael Wasmer has no objection to the vacation destination and I am informed by AUSA Rebold that the government takes no position. We request the Court's permission.

Respectfully

s/ Larry J. Silverman
zorroesq@gmail.com
950 Third Avenue
New York, N.Y. 10022
(212) 425-1616

**By Email**
Jonathan Rebold, Assistant U.S. Attorney
Joseph H. Perry
U.S. Probation Officer
Michael_Wasmer@nysp.uscourts.gov

IT IS HEREBY ORDERED THAT Probationer's travel request is granted. IT IS FURTHER ORDERED THAT Probationer shall continue to comply with all conditions of his supervised release and provide Probation with all relevant information regarding his travel plans and itinerary in advance of the trip.

SO ORDERED.

Dated   February 27, 2019
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation